B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Khayenko, Yevgeniy** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Gene Khayenko** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5704** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1905 Monroe Avenue<br>Glenview, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **60025** | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Khayenko, Yevgeniy** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): **Khayenko, Yevgeniy** |

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Yevgeniy Khayenko**
Signature of Debtor   **Yevgeniy Khayenko**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 9, 2011**
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**March 9, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Yevgeniy Khayenko                  Case No. _____

                                        Debtor(s)          Chapter    7  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _/s/ Yevgeniy Khayenko_____
                                        Yevgeniy Khayenko

Date:  _March  9, 2011_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Yevgeniy Khayenko**
_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 4 | 66,796.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 666,344.38 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 24,793.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 581,584.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,120.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,117.47 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 441,796.16 | | |
| Total Liabilities | | | | 1,272,722.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re      **Yevgeniy Khayenko**

_____ ,
Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Yevgeniy Khayenko**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1745 Jefferson Avenue, Glenview, Illinois (owned jointly with parents)** | **Fee simple** | **J** | **375,000.00** | **597,462.00** |

| | | | |
|---|---|---|---|
| Sub-Total > | **375,000.00** | (Total of this page) | |
| Total > | **375,000.00** | | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Yevgeniy Khayenko**                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account ending 6740** | - | 11.16 |
| | | **Chase Checking Account ending 6757 (joint account with wife)** | J | 34.00 |
| | | **Wells Fargo Business Checking Account Ending 4771 (Quantum REI, LLC account - Debtor authorized signer)** | - | 0.00 |
| | | **Wells Fargo Business Savings Account ending 6221 (Quantum REI, LLC account - Debtor authorized signer)** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit held by Landlord** | - | 2,750.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **2 TVs, Couch, Bedroom Set, Office Set, Children's Bedroom Set, 2 Computers, Printer, Cell Phone, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property (property owned jointly with wife)** | J | 1,225.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary Wearing Apparel** | - | 500.00 |
| 7.  Furs and jewelry. | | **Wedding Ring, Watch** | - | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

| | Sub-Total > | 4,870.16 |
|---|---|---|
| | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                          ,          Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Quantum REI, LLC - Sole Member** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Estimated Tax Refund** | J | 1,750.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **1,750.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercedes S550** | - | **41,000.00** |
| | | **2007 Infiniti G35** | - | **19,176.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **60,176.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Yevgeniy Khayenko** _____,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Trustee for multiple land trusts related to business (Debtor has no beneficial interest in trusts)** | - | 0.00 |

Sub-Total >   **0.00**
(Total of this page)

Total >   **66,796.16**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Yevgeniy Khayenko** _____,    Case No. _____
                                             Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking Account ending 6757 (joint account with wife)** | **735 ILCS 5/12-1001(b)** | **34.00** | **68.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit held by Landlord** | **735 ILCS 5/12-901** | **2,750.00** | **2,750.00** |
| **Household Goods and Furnishings** | | | |
| **2 TVs, Couch, Bedroom Set, Office Set, Children's Bedroom Set, 2 Computers, Printer, Cell Phone, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property (property owned jointly with wife)** | **735 ILCS 5/12-1001(b)** | **1,225.00** | **2,450.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Estimated Tax Refund** | **735 ILCS 5/12-1001(b)** | **1,750.00** | **3,500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Mercedes S550** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **41,000.00** |

|  | Total: | **8,659.00** | **50,268.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Yevgeniy Khayenko**                                                          Case No. _____
                                         ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8395 <br><br>**Chase Home Finance** <br>**P.O. Box 24696** <br>**Columbus, OH 43224-0696** | X | J | **2006** <br><br>**Mortgage** <br><br>**1745 Jefferson Avenue, Glenview, Illinois (owned jointly with parents)** | | | | | |
| | | | Value $          **375,000.00** | | | | **468,000.00** | **93,000.00** |
| Account No. xxxxxx0988 <br><br>**Fifth Third Bank** <br>**5050 Kingsley Drive** <br>**Cincinnati, OH 45227** | | - | **2010** <br><br>**Retail Installment Contract - Motor Vehicle** <br><br>**2007 Infiniti G35** | | | | | |
| | | | Value $          **19,176.00** | | | | **24,246.96** | **5,070.96** |
| Account No. xxxx xxxx xxxx 3070 <br><br>**National City** <br>**P.O. Box 5570** <br>**Cleveland, OH 44101-0570** | | - | **2007** <br><br>**Mortgage** <br><br>**1745 Jefferson Avenue, Glenview, Illinois (Debtor not liable on Note) Non-Recourse to Debtor** | | | | | |
| | | | Value $          **375,000.00** | | | | **129,462.00** | **129,462.00** |
| Account No. xxxxxxxxx2903 <br><br>**Suburu Motors Finance/Chase** <br>**PO Box 901076** <br>**Fort Worth, TX 76101** | | - | **2010** <br><br>**Retail Installment Contract - Motor Vehicle** <br><br>**2007 Mercedes S550** | | | | | |
| | | | Value $          **41,000.00** | | | | **44,635.42** | **3,635.42** |

**0** ____ continuation sheets attached

|  | Subtotal <br>(Total of this page) | 666,344.38 | 231,168.38 |
|---|---|---|---|
|  | Total <br>(Report on Summary of Schedules) | 666,344.38 | 231,168.38 |

B6E (Official Form 6E) (4/10)

.

In re    **Yevgeniy Khayenko**                                                    Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Yevgeniy Khayenko**                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Arthur Hussainov** **10071 Linda Lane** **Des Plaines, IL 60016** - | | | | **2010** **Corporate Debt** | X | X | X | 5,000.00 | 0.00 5,000.00 |
| Account No. **Aleksander Nikitin** **7417 W. Addison** **Chicago, IL 60634** - | | | | **2010** **Corporate Debt** | X | X | X | 12,450.00 | 725.00 11,725.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

725.00
17,450.00    16,725.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **Yevgeniy Khayenko** _____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx0992** <br><br> **Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338** | - | | **2010 and prior years** <br><br> **Taxes** | | | X | <br><br><br>0.00 | 0.00 <br><br> 0.00 |
| Account No. **xx-xxx0992** <br><br> **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | - | | **2010 and prior years** <br><br> **Taxes** | X | X | X | <br><br><br>7,343.44 | 0.00 <br><br> 7,343.44 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | 0.00 <br> 7,343.44 | 7,343.44 |
| Total (Report on Summary of Schedules) | 725.00 <br> 24,793.44 | 24,068.44 |

B6F (Official Form 6F) (12/07)

In re  **Yevgeniy Khayenko**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aleksandr Azarov & Tatiana Nekrashevich** <br> **934 W. Happfield Drive** <br> **Arlington Heights, IL 60004** | - | | **2009** <br> **Corporate Debt** | X | X | X | **1,395.00** |
| Account No. <br><br> **Bogumila Barton** <br> **5859 N. Lune Ave.** <br> **Chicago, IL 60646** | - | | **2010** <br> **Corporate Debt** | X | X | X | **1,595.00** |
| Account No. <br><br> **Joulian Beletski** <br> **1404 Schramm Dr.** <br> **Westmont, IL 60559** | - | | **2010** <br> **Corporate Debt** | X | X | X | **2,500.00** |
| Account No. <br><br> **Inna B. Berube** <br> **1004 Bentley Lane** <br> **Bartlett, IL 60103** | - | | **2010** <br> **Corporate Debt** | X | X | X | **1,795.00** |

__22__  continuation sheets attached

Subtotal
(Total of this page)                                                **7,285.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Svetlana Bielecki** <br> **1841 Holly Ave** <br> **Northbrook, IL 60062** | - | | 2010 <br> Corporate Debt | X | X | X | 3,590.00 |
| Account No. <br><br> **Dontay Brassel** <br> **8440 S. Peoria St.** <br> **Chicago, IL 60620** | - | | 2009 <br> Corporate Debt | X | X | X | 1,395.00 |
| Account No. <br><br> **Michael Bruch** <br> **522 Comanche Trail** <br> **Wheeling, IL 60090** | - | | 2010 <br> Corporate Debt | X | X | X | 1,395.00 |
| Account No. xxxx-xxxx-xxxx-3066 <br><br> **Chase** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | - | | 2010 and prior years <br> Periodic Purchases | | | | 1,472.20 |
| Account No. xxxxxxx1833 <br><br> **Chase Paymentech** <br> **14221 Dallas Parkway** <br> **Dallas, TX 75254** | - | | 2011 and prior years <br> Corporate Debt | X | X | X | 14,860.00 |

Sheet no. _1_ of _22_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,712.20

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2010 Corporate Debt | | | | |
| Oleh Cherednyk 1841 Holly Ave Northbrook, IL 60062 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Tryna Chervak 1523 E. Jane Ave. Arlington Heights, IL 60004 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | Listed For Notice Purposes | | | | |
| Citimortgage, Inc. P.O. Box 9438 Gaithersburg, MD 20898-0438 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ira T. Nevel 175 North Franklin #201 Chicago, IL 60606 | | | | Representing: Citimortgage, Inc. | | | | Notice Only |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Lavina Crocket-Richardson 11042 S. Artesian Ave. Chicago, IL 60655 | - | | | | X | X | X | |
| | | | | | | | | 900.00 |

Sheet no. **2** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **4,490.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                                    ,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Andriy Danchuk** <br> **839 N. Fairfield Ave.** <br> **Chicago, IL 60622** | - | | | **2010** <br> **Corporate Debt** | X | X | X | 1,795.00 |
| Account No. <br><br> **Margaret Danushevsky** <br> **3200 Blackthorn Road** <br> **Riverwoods, IL 60015** | - | | | **2010** <br> **Corporate Debt** | X | X | X | 1,795.00 |
| Account No. <br><br> **Paul and Carolyn Digioia** <br> **501 Rutgers Lane** <br> **Elk Grove Village, IL 60007** | - | | | **2010** <br> **Corporate Debt** | X | X | X | 2,000.00 |
| Account No. **xxxx-xxxx-xxxx-0858** <br><br> **Discover Financial Services** <br> **P.O. Box 30942** <br> **Salt Lake City, UT 84130** | - | | | **2010 and prior years** <br> **Periodic Purchases** | | | | 5,295.67 |
| Account No. <br><br> **Ekaterina Dmitrieva** <br> **2614 Elm Street** <br> **River Grove, IL 60171** | - | | | **2010** <br> **Corporate Debt** | X | X | X | 1,995.00 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,880.67**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Itera Druy 524 Commanche Trail Wheeling, IL 60090 | - | | | | | X | X | X | 1,795.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Viachaslau Dziamchuk 541 Stone Gate Cir. Schaumburg, IL 60193 | - | | | | | X | X | X | 1,795.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Oleg Fedorovich 13 Timber Lane, Unit #9 Vernon Hills, IL 60061 | - | | | | | X | X | X | 1,995.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Natalia Filin 8553 Larami Ave Skokie, IL 60077 | - | | | | | X | X | X | 1,795.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Diana Fiterson 207 Brian Lane Prospect Heights, IL 60070 | - | | | | | X | X | X | 1,395.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      8,775.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**
_____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Yelena Gary 643 W. Kristiana Lane Round Lake, IL 60073 | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Mykhaylo Gladun 7639 N Odell Ave Niles, IL 60714 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Julia Godun 1425 Sandpebble Dr., Unit 347 Wheeling, IL 60090 | - | | | | X | X | X | |
| | | | | | | | | 995.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Dmitry Gokhman 2157 N. Shadow Creek Court Vernon Hills, IL 60061 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Stella Gold 9350 Skokie Blvd, Unit 504 Skokie, IL 60077 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,775.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                          ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 Corporate Debt | | | | |
| Igor Golubchik 333 Skokie Blvd., Suite 107 Northbrook, IL 60062 | - | | | X | X | X | 7,500.00 |
| Account No. | | | 2010 Corporate Debt | | | | |
| Emily Gordon 7936 Foster Street Morton Grove, IL 60053 | - | | | X | X | X | 1,795.00 |
| Account No. | | | 2009 Corporate Debt | | | | |
| Vytautas Grasys 9042 West Caddy Court Orland Park, IL 60462 | - | | | X | X | X | 1,395.00 |
| Account No. | | | 2010 Corporate Debt | | | | |
| Dickran Hanonick 3620 Illinois Road Wilmette, IL 60091 | - | | | X | X | X | 3,950.00 |
| Account No. | | | 2009 Corporate Debt | | | | |
| Natalia Hernandez 2939 N. Linder Ave. Chicago, IL 60641 | - | | | X | X | X | 1,795.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,435.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1387** <br><br> **HQ dba Regus Management Group LLC** <br> **15305 Dallas Parkway, Suite 400** <br> **Addison, TX 75001** | - | | **2010** <br> **Corporate Lease Guaranty** | | | | **48,474.64** |
| Account No. <br><br> **NRS** <br> **2304 Tarpley Road, Suite 134** <br> **Carrollton, TX 75006** | | | Representing: <br> **HQ dba Regus Management Group LLC** | | | | **Notice Only** |
| Account No. <br><br> **Illinois Attorney General** <br> **100 West Randolph St.** <br> **Chicago, IL 60601** | - | | **Listed for Notice Purposes** | X | X | X | **Unknown** |
| Account No. <br><br> **Raisa Ishkova** <br> **30 W. 176 May Street** <br> **West Chicago, IL 60185** | - | | **2010** <br> **Corporate Debt** | X | X | X | **1,795.00** |
| Account No. <br><br> **Anastasiya Ivanova** <br> **230 Wethington Drive, Unit A** <br> **Wauconda, IL 60084** | - | | **2009** <br> **Corporate Debt** | X | X | X | **1,795.00** |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,064.64**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                            ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Mykhaylo Ivanylo** **2127 N. 75th Avenue** **Elmwood Park, IL 60707** | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Mikhail Kabakov** **7601 Lincoln Ave., #501** **Skokie, IL 60077** | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2009 Corporate Debt | | | | |
| **Leo Kanev** **1720 Maple Ave, Apt. 1251** **Evanston, IL 60201** | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Alexsandra Kess** **500 Manda Lane, Apt. 301** **Wheeling, IL 60090** | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Toni Khanunik** **305 Hibbard Road** **Wilmette, IL 60091** | - | | | | X | X | X | |
| | | | | | | | | 2,750.00 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      9,130.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                          ,    Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Yuriy Khomenko** **6405 Valley Ridge Drive** **Plainfield, IL 60586** | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Vadim Kolchinsky** **5415 N. Sheridan, Apt. 3714** **Chicago, IL 60641** | - | | | | X | X | X | |
| | | | | | | | | 1,695.00 |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Vadim Polyakov and Tamilla Kouliyeva** **156 Coral Lane** **Wheeling, IL 60090** | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Yauheni Kriwocheeu** **1542 Buxton Ct.** **Unit 1** **Wheeling, IL 60090** | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Yekaterina Kulikova** **405 E. Newtown Dr.** **Buffalo Grove, IL 60089** | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,475.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                                  ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Mary Kuliyeva 28968 Pilgrims Pass Lakemoor, IL 60051 | - | | | | | X | X | X | |
| | | | | | | | | | 1,795.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Joseph Lasorella 2250 N. Western Ave. Park Ridge, IL 60068 | - | | | | | X | X | X | |
| | | | | | | | | | 1,795.00 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| Casimir Leja 1405 Granville Ave Park Ridge, IL 60068 | - | | | | | X | X | X | |
| | | | | | | | | | 1,395.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| Yaroslav Leskiv 2719 Newcastle Ave. Chicago, IL 60707 | - | | | | | X | X | X | |
| | | | | | | | | | 1,795.00 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| Fridirich Levit 36143 N. Springbrook Lane Gurnee, IL 60031 | - | | | | | X | X | X | |
| | | | | | | | | | 1,395.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,175.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yevgeniy Khayenko**                                              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Corporate Debt | | | | |
| Issac Malis 2529 W. Division St. Chicago, IL 60622 | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Anatoly Malkin 646 Pintail St. Deerfield, IL 60015 | - | | | | X | X | X | |
| | | | | | | | | 1,995.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Svetlana Masarsky 438 Maple Drive Wheeling, IL 60090 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Valentin Medvedev 1124 Ashbrook Drive Mundelein, IL 60060 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Dimitri Meleshko 1725 Huehl Rd, #4B Northbrook, IL 60062 | - | | | | X | X | X | |
| | | | | | | | | 5,000.00 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,980.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yevgeniy Khayenko**                                                          ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 Corporate Debt | | | | |
| Marina Meltser 26557 West Nippersink Road Ingleside, IL 60041 | - | | | | X | X | X | 2,790.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Metodi Mitrev 3027 Jackson Drive Arlington Heights, IL 60004 | - | | | | X | X | X | 2,845.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Alex Nemashkalo 3805 Ridgeland Ave Berwyn, IL 60402 | - | | | | X | X | X | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Volodymyr Nikitin 7417 West Addison Chicago, IL 60634 | - | | | | X | X | X | 1,395.00 |
| Account No. xxx6395 | | | | 2009 Lease Guaranty | | | | |
| Northern Leasing Systems, Inc. 132 West 31st Street, 14th Floor New York, NY 10001 | - | | | | | | | 444.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,269.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **812** <br><br> Optima Old Orchard Woods, LLC <br> 630 Vernon Avenue <br> Glencoe, IL 60022 | X | - | | | **2010** <br> **Lease Default - 9725 Woods Drive, Unit 812, Skokie, Illinois** | | | | 3,435.00 |
| Account No. <br><br> Richard Nakon <br> 121 E. Liberty Street <br> Suite 3 <br> Wauconda, IL 60084 | | | | | **Representing:** <br> **Optima Old Orchard Woods, LLC** | | | | Notice Only |
| Account No. <br><br> Yulia Pantchev <br> 1727 N. Windsor Dr. <br> Arlington Heights, IL 60004 | | - | | | **2010** <br> **Corporate Debt** | X | X | X | 3,385.00 |
| Account No. <br><br> Sergey Pashchuk <br> 9332 N. Keeler Ave. <br> Skokie, IL 60076 | | - | | | **2010** <br> **Corporate Debt** | X | X | X | 1,695.00 |
| Account No. <br><br> Calin Paunesco <br> 722 Ringland Road <br> River Woods, IL 60015 | | - | | | **2010** <br> **Corporate Debt** | X | X | X | 3,745.00 |

Sheet no. **13** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 12,260.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| **Alexsey Piskunov** **503 Commanche Trail** **Wheeling, IL 60090** | - | | | | | X | X | X | 3,590.00 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Yelena Pravich** **4128 Cove Lane, Apt D** **Glenview, IL 60025** | - | | | | | X | X | X | 1,395.00 |
| Account No. | | | | | 2010 Corporate Debt | | | | |
| **Stasys Puskorius** **5053 Mulford Street** **Skokie, IL 60077** | - | | | | | X | X | X | 1,795.00 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Volodymyr Pyrikh** **2526 Haddon Ave W** **Chicago, IL 60622** | - | | | | | X | X | X | 1,395.00 |
| Account No. | | | | | 2009 Corporate Debt | | | | |
| **Yahor Rabrou** **466 Harmony Dr.** **Wheeling, IL 60090** | - | | | | | X | X | X | 1,395.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 Corporate Debt | | | | |
| Dmitry Reynlib 1940 Chamberry Court Wheeling, IL 60090 | - | | | X | X | X | 1,795.00 |
| Account No. | | | 2010 Corporate Debt | | | | |
| Irina Rostovtseva 1336 Coventry Circle Vernon Hills, IL 60061 | - | | | X | X | X | 1,395.00 |
| Account No. | | | 2010 Corporate Debt | | | | |
| Elina Royhman 1428 Gregory Court Indian Creek, IL 60061 | - | | | X | X | X | 1,795.00 |
| Account No. | | | 2009 Corporate Debt | | | | |
| Elvira Schwartz 3944 Venice Court Glenview, IL 60025 | - | | | X | X | X | 1,395.00 |
| Account No. | | | 2009 Corporate Debt | | | | |
| Sergejs Senko 23566 N. Echo Lake Rd. Lake Zurich, IL 60047 | - | | | X | X | X | 1,395.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **7,775.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aleksandr Shatkin**<br>**483 Rustic Dr.**<br>**Wheeling, IL 60090** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,395.00 |
| Account No.<br><br>**Peter Sherman**<br>**908 Dorset Dr.**<br>**Northbrook, IL 60062** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,795.00 |
| Account No.<br><br>**Michael Shkolink**<br>**254 W. Alpine Springs Dr.**<br>**Vernon Hills, IL 60061** | - | | **2009**<br>**Corporate Debt** | X | X | X | 1,895.00 |
| Account No.<br><br>**Marina Shtraym**<br>**27 Berkshire Drive**<br>**Wheeling, IL 60090** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,600.00 |
| Account No.<br><br>**Vladimir Shubinsky**<br>**11 Caribou Crossing**<br>**Northbrook, IL 60062** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,995.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,680.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yevgeniy Khayenko**                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Inna Shuval**<br>**1725 Grove Street**<br>**Glenview, IL 60025** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,395.00 |
| Account No. **801**<br><br>**Silver Fern Residential Holdings, LLC**<br>**630 Vernon Avenue**<br>**Glencoe, IL 60022** | - | | **2009**<br>**Lease Default - 9725 Woods Drive, Unit 801, Skokie, Illinois** | | | | 2,829.45 |
| Account No.<br><br>**Richard Nakon**<br>**121 E. Liberty Street**<br>**Wauconda, IL 60084** | | | **Representing:**<br>**Silver Fern Residential Holdings, LLC** | | | | Notice Only |
| Account No.<br><br>**Michelangelo Siracki**<br>**2203 Martin Lane**<br>**Northfield, IL 60093** | - | | **2010**<br>**Corporate Debt** | X | X | X | 3,790.00 |
| Account No.<br><br>**Margarita Sisoi**<br>**8132 N O'Dell Ave**<br>**Niles, IL 60714** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,795.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    9,809.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **Yevgeniy Khayenko**                                         ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Dmytro Skoropad 2916 N. Sayre Ave. Chicago, IL 60634 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2009 Corporate Debt | | | | |
| Ruslan Smal 4209 Western Ave Western Springs, IL 60558 | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Iryna Sputanyk 1816 Buckingham Ave. Westchester, IL 60154 | - | | | | X | X | X | |
| | | | | | | | | 2,500.00 |
| Account No. | | | | 2009 Corporate Debt | | | | |
| Rolandas Stanaitis 2928 Gypsum Circle Naperville, IL 60564 | - | | | | X | X | X | |
| | | | | | | | | 1,395.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Valeri Stanev 1516 Cumberland Ave. Park Ridge, IL 60068 | - | | | | X | X | X | |
| | | | | | | | | 2,500.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        9,585.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Yevgeniy Khayenko**
_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Volodymyr Stetsko**<br>**107 Racine Place**<br>**Mundelein, IL 60060** | - | | **2009**<br>**Corporate Debt** | X | X | X | **2,500.00** |
| Account No. <br><br>**Konstantin Stoyanov**<br>**1101 E. Algonquin Rd., Apt. 3**<br>**Arlington Heights, IL 60005** | - | | **2009**<br>**Corporate Debt** | X | X | X | **1,395.00** |
| Account No. **xxxxx5045**<br><br>**T-Mobile USA, Inc. (Bankruptcy)**<br>**PO Box 37380**<br>**Albuquerque, NM 87176** | - | | **2011**<br>**Corporate Debt** | | | | **121.84** |
| Account No. <br><br>**T-Mobile Financial**<br>**PO Box 629025**<br>**El Dorado Hills, CA 95762** | | | **Representing:**<br>**T-Mobile USA, Inc. (Bankruptcy)** | | | | **Notice Only** |
| Account No. <br><br>**TIV, LLC**<br>**4709 Golf Road**<br>**Suite 475**<br>**Skokie, IL 60076** | - | | **2009**<br>**Corporate Debt** | X | X | X | **246,425.00** |

Sheet no. __**19**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **250,441.84**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Yevgeniy Khayenko**                                        , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Richard Trosper**<br>**4925 N. Kimball**<br>**Chicago, IL 60625** | - | | **2010**<br>**Corporate Debt** | X | X | X | 2,500.00 |
| Account No.<br><br>**Gavhar Umarbaeva**<br>**1274 W Black Wolf**<br>**Round Lake, IL 60073** | - | | **2009**<br>**Corporate Debt** | X | X | X | 1,395.00 |
| Account No.<br><br>**Rimantas Urbanavicius**<br>**1180 Silverwood Court, Unit B2**<br>**Wheeling, IL 60090** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,795.00 |
| Account No. **xxxx-xxxx-xxxx-6051**<br><br>**US Bank**<br>**P.O. Box 6352**<br>**Fargo, ND 58125-6352** | - | | **2010**<br>**Periodic Purchases** | | | | 20,941.52 |
| Account No.<br><br>**Eugene Vakher**<br>**110 Mockingbird Lane**<br>**Wheeling, IL 60090** | - | | **2010**<br>**Corporate Debt** | X | X | X | 1,600.00 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,231.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Yevgeniy Khayenko**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Tatsiana Valynets 1210 S. Washington St. Wheaton, IL 60189 | - | | | | X | X | X | |
| | | | | | | | | 1,795.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Natalie Veprinsky 1625 Glenview Road, Unit 207 Glenview, IL 60025 | - | | | | X | X | X | |
| | | | | | | | | 1,500.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Katarzyna Wasowska 5820 Oakwood Drive, #4H Lisle, IL 60532 | - | | | | X | X | X | |
| | | | | | | | | 1,595.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Josephine Wszolek 6621 W. Raven St. Chicago, IL 60631 | - | | | | X | X | X | |
| | | | | | | | | 1,995.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Liudmila Zolotarov 4819 Greenleaf Skokie, IL 60077 | - | | | | X | X | X | |
| | | | | | | | | 3,500.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,385.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Yevgeniy Khayenko**                                         ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2010** **Corporate Debt** | | | | |
| **Igor Zolotorav** **9725 Woods Drive** **Unit 1108** **Skokie, IL 60077** | - | | | | X | X | X | 55,400.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 55,400.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 581,584.32 |

B6G (Official Form 6G) (12/07)

In re   **Yevgeniy Khayenko**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Diptak Patel** <br> **Glenview, IL** | **Residential Lease ending 2/28/13** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Yevgeniy Khayenko**                                              ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Igor and Svetlana Khayenko**<br>**1745 Jefferson Avenue**<br>**Glenview, IL 60025**<br>  **Co-Debtors personal liability discharged in**<br>**bankruptcy** | **Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-0696** |
| **Vladislav Khayenko**<br>**9725 Wood Drive**<br>**Unit 812**<br>**Skokie, IL 60077** | **Optima Old Orchard Woods, LLC**<br>**630 Vernon Avenue**<br>**Glencoe, IL 60022** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Yevgeniy Khayenko                                                      Case No. _____
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter | AGE(S):<br>15 months |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Finance Director | |
| Name of Employer | Continental Nissan | Homemaker |
| How long employed | 2 months | |
| Address of Employer | 5750 S. LaGrange Rd.<br>La Grange, IL 60525 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 10,118.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 10,118.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 997.47 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 997.47 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 9,120.53 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 9,120.53 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 9,120.53 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    *Debtor's income is irregular and commission based

B6J (Official Form 6J) (12/07)

In re  Yevgeniy Khayenko                                                    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,750.00 |
|   a. Are real estate taxes included?    Yes ___    No  X | | |
|   b. Is property insurance included?    Yes ___    No  X | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 450.00 |
|     b. Water and sewer | $ | 50.00 |
|     c. Telephone | $ | 0.00 |
|     d. Other  Cell Phone | $ | 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 550.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 70.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 1,127.00 |
|     d. Auto | $ | 270.00 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 757.91 |
|     b. Other  Second Car | $ | 467.56 |
|     c. Other  Glenview Mortgage | $ | 1,000.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Diapers and Misc. Sundries | $ | 250.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,117.47 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.    Average monthly income from Line 15 of Schedule I | $ | 9,120.53 |
| b.    Average monthly expenses from Line 18 above | $ | 9,117.47 |
| c.    Monthly net income (a. minus b.) | $ | 3.06 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Yevgeniy Khayenko                                              Case No.
                                    Debtor(s)                          Chapter      7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___39___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 9, 2011                        Signature    /s/ Yevgeniy Khayenko
                                                          Yevgeniy Khayenko
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Yevgeniy Khayenko                               Case No.             

                                    Debtor(s)              Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $16,704.00 | 2009: Business Income |
| unknown | 2010: Business Income - Investigation Continuing |
| $18,126.18 | 2011: Wages |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $10,733.00 | 2009: Pension Distribution |

### 3. Payments to creditors

None ☒

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☒

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☒

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Optima Old Orchard Woods, LLC v. Yevgeniy Khayenko, et. al., Case No. 2010 M2 2262 | Forcible Entry and Detainer | Circuit Court of Cook County, Skokie, Illinois | Order for Possession entered 1/28/2011 |
| Silver Fern Residential Holdings, LLC v. Yevgeniy Khayenko, Case No. 2010 M2 2299 | Forcible Entry and Detainer | Circuit Court of Cook County, Chicago, Illinois | Order for Possession Entered 1/28/2011 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mykhaylo Gladun v. Yevgeniy Khayenko, Case No. 2010 M2 2342 | Contract | Circuit Court of Cook County, Skokie, Illinois | Pending |
| Citimortgage v. Ken Kelecich, et. al., Case No. 2010 CH 7131 | Foreclosure | Circuit Court of Cook County, Chicago, Illinois | Pending |



b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships



a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|



b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

 None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | 2/23/2011 | $3,500.00 |

**10.  Other transfers**

None

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Efrem Abraham and Rebecca Abraha<br>4853 Dobson, Unit 304<br>Skokie, IL 60077<br>    none | 4/16/2010 | Residential Condominium Unit - $85,000.00 |
| Mid City Auto Plaza<br>4330 W. Irving Park Rd.<br>Chicago, IL 60641<br>    None | 10/5/10 | 2006 Mercedes M35 - payoff of lien and trade-in value towards Debtor's current vehicle |

None

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 8470 (Quantum REI, LLC account - Debtor authorized signer) - $0 | $0 - 11/2010 |
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 6287 (Quantum REI, LLC account - Debtor authorized signer) - $0.00 | $0.00 - 2/28/11 |
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 6261 (Quantum REI, LLC account - Debtor authorized signer) - $0.00 | $0.00 - 2/28/11 |
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 6279 (Quantum REI, LLC account - Debtor authorized signer) - $0.00 | $0.00 - 2/28/11 |
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 8462 (Quantum REI, LLC account - Debtor authorized signer) - $0.00 | $0.00 - 2/28/11 |
| JP Morgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265 | Chase Business Checking Account ending 6238 (Quantum REI, LLC account - Debtor authorized signer) - $0.00 | $0.00 - 2/28/11 |

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1745 Jefferson Avenue, Glenview, Illinois | Debtor's | 1/1/02 - 9/1/08 |
| 9725 Woods Drive, Unit 801, Skokie, Illinois | Debtor's | 9/1/08 - 2/22/11 |

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Quantum REI LLC | 26-3920992 | 1745 Jefferson Avenue Glenview, IL 60025 | Real Estate | 12/2008 - 3/4/2011 |

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Geltco, Inc. 425 Huehl Road, Suite 4-B Northbrook, IL 60062 | 2011 and prior years |

None ☒  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March  9, 2011                    Signature    /s/ Yevgeniy Khayenko
                                                     Yevgeniy Khayenko
                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Yevgeniy Khayenko                                      Case No.
_____      Chapter   7
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2007 Infiniti G35 |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Suburu Motors Finance/Chase | **Describe Property Securing Debt:**<br>2007 Mercedes S550 |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                       Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  March  9, 2011                          Signature  /s/ Yevgeniy Khayenko

                                                         Yevgeniy Khayenko
                                                         Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Yevgeniy Khayenko _____    Case No. _____

_____ Debtor(s)    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a minimum fee if | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 500.00* |

*Plus additional amounts billed under hourly fee agreement

2.    The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [Other provisions as needed]
        All services required by the Chapter 7 Debtor.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March 9, 2011 _____        /s/ Gregory K. Stern _____
                                                Gregory K. Stern 6183380
                                                Gregory K. Stern, P.C.
                                                53 West Jackson Boulevard
                                                Suite 1442
                                                Chicago, IL 60604
                                                (312) 427-1558  Fax: (312) 427-1289

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Yevgeniy Khayenko _____   Case No. _____

_____ Debtor(s)   Chapter    7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Yevgeniy Khayenko | X /s/ Yevgeniy Khayenko | March 9, 2011 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known)  _____   X _____

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Yevgeniy Khayenko

Debtor(s)

Case No.

Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                          118

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March  9, 2011

/s/ Yevgeniy Khayenko

Yevgeniy Khayenko
Signature of Debtor

Aleksandr Azarov &
Tatiana Nekrashevich
934 W. Happfield Drive
Arlington Heights, IL 60004


Bogumila Barton
5859 N. Lune Ave.
Chicago, IL 60646


Joulian Beletski
1404 Schramm Dr.
Westmont, IL 60559


Inna B. Berube
1004 Bentley Lane
Bartlett, IL 60103


Svetlana Bielecki
1841 Holly Ave
Northbrook, IL 60062


Dontay Brassel
8440 S. Peoria St.
Chicago, IL 60620


Michael Bruch
522 Comanche Trail
Wheeling, IL 60090


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Home Finance
P.O. Box 24696
Columbus, OH 43224-0696


Chase Paymentech
14221 Dallas Parkway
Dallas, TX 75254


Oleh Cherednyk
1841 Holly Ave
Northbrook, IL 60062

Tryna Chervak
1523 E. Jane Ave.
Arlington Heights, IL 60004

Citimortgage, Inc.
P.O. Box 9438
Gaithersburg, MD 20898-0438

Lavina Crocket-Richardson
11042 S. Artesian Ave.
Chicago, IL 60655

Andriy Danchuk
839 N. Fairfield Ave.
Chicago, IL 60622

Margaret Danushevsky
3200 Blackthorn Road
Riverwoods, IL 60015

Paul and Carolyn Digioia
501 Rutgers Lane
Elk Grove Village, IL 60007

Discover Financial Services
P.O. Box 30942
Salt Lake City, UT 84130

Ekaterina Dmitrieva
2614 Elm Street
River Grove, IL 60171

Itera Druy
524 Commanche Trail
Wheeling, IL 60090

Viachaslau Dziamchuk
541 Stone Gate Cir.
Schaumburg, IL 60193

Oleg Fedorovich
13 Timber Lane, Unit #9
Vernon Hills, IL 60061

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Natalia Filin
8553 Larami Ave
Skokie, IL 60077


Diana Fiterson
207 Brian Lane
Prospect Heights, IL 60070


Yelena Gary
643 W. Kristiana Lane
Round Lake, IL 60073


Mykhaylo Gladun
7639 N Odell Ave
Niles, IL 60714


Julia Godun
1425 Sandpebble Dr., Unit 347
Wheeling, IL 60090


Dmitry Gokhman
2157 N. Shadow Creek Court
Vernon Hills, IL 60061


Stella Gold
9350 Skokie Blvd, Unit 504
Skokie, IL 60077


Igor Golubchik
333 Skokie Blvd., Suite 107
Northbrook, IL 60062


Emily Gordon
7936 Foster Street
Morton Grove, IL 60053


Vytautas Grasys
9042 West Caddy Court
Orland Park, IL 60462

Dickran Hanonick
3620 Illinois Road
Wilmette, IL 60091


Natalia Hernandez
2939 N. Linder Ave.
Chicago, IL 60641


HQ dba Regus Management Group LLC
15305 Dallas Parkway, Suite 400
Addison, TX 75001


Arthur Hussainov
10071 Linda Lane
Des Plaines, IL 60016


Illinois Attorney General
100 West Randolph St.
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101


Ira T. Nevel
175 North Franklin #201
Chicago, IL 60606


Raisa Ishkova
30 W. 176 May Street
West Chicago, IL 60185


Anastasiya Ivanova
230 Wethington Drive, Unit A
Wauconda, IL 60084


Mykhaylo Ivanylo
2127 N. 75th Avenue
Elmwood Park, IL 60707

Mikhail Kabakov
7601 Lincoln Ave., #501
Skokie, IL 60077


Leo Kanev
1720 Maple Ave, Apt. 1251
Evanston, IL 60201


Alexsandra Kess
500 Manda Lane, Apt. 301
Wheeling, IL 60090


Toni Khanunik
305 Hibbard Road
Wilmette, IL 60091


Yuriy Khomenko
6405 Valley Ridge Drive
Plainfield, IL 60586


Vadim Kolchinsky
5415 N. Sheridan, Apt. 3714
Chicago, IL 60641


Vadim Polyakov and Tamilla Kouliyeva
156 Coral Lane
Wheeling, IL 60090


Yauheni Kriwocheeu
1542 Buxton Ct.
Unit 1
Wheeling, IL 60090


Yekaterina Kulikova
405 E. Newtown Dr.
Buffalo Grove, IL 60089


Mary Kuliyeva
28968 Pilgrims Pass
Lakemoor, IL 60051


Joseph Lasorella
2250 N. Western Ave.
Park Ridge, IL 60068

Casimir Leja
1405 Granville Ave
Park Ridge, IL 60068


Yaroslav Leskiv
2719 Newcastle Ave.
Chicago, IL 60707


Fridirich Levit
36143 N. Springbrook Lane
Gurnee, IL 60031


Issac Malis
2529 W. Division St.
Chicago, IL 60622


Anatoly Malkin
646 Pintail St.
Deerfield, IL 60015


Svetlana Masarsky
438 Maple Drive
Wheeling, IL 60090


Valentin Medvedev
1124 Ashbrook Drive
Mundelein, IL 60060


Dimitri Meleshko
1725 Huehl Rd, #4B
Northbrook, IL 60062


Marina Meltser
26557 West Nippersink Road
Ingleside, IL 60041


Metodi Mitrev
3027 Jackson Drive
Arlington Heights, IL 60004


National City
P.O. Box 5570
Cleveland, OH 44101-0570

Alex Nemashkalo
3805 Ridgeland Ave
Berwyn, IL 60402


Aleksander Nikitin
7417 W. Addison
Chicago, IL 60634


Volodymyr Nikitin
7417 West Addison
Chicago, IL 60634


Northern Leasing Systems, Inc.
132 West 31st Street, 14th Floor
New York, NY 10001


NRS
2304 Tarpley Road, Suite 134
Carrollton, TX 75006


Optima Old Orchard Woods, LLC
630 Vernon Avenue
Glencoe, IL 60022


Yulia Pantchev
1727 N. Windsor Dr.
Arlington Heights, IL 60004


Sergey Pashchuk
9332 N. Keeler Ave.
Skokie, IL 60076


Calin Paunesco
722 Ringland Road
River Woods, IL 60015


Alexsey Piskunov
503 Commanche Trail
Wheeling, IL 60090


Yelena Pravich
4128 Cove Lane, Apt D
Glenview, IL 60025

Stasys Puskorius
5053 Mulford Street
Skokie, IL 60077


Volodymyr Pyrikh
2526 Haddon Ave W
Chicago, IL 60622


Yahor Rabrou
466 Harmony Dr.
Wheeling, IL 60090


Dmitry Reynlib
1940 Chamberry Court
Wheeling, IL 60090


Richard Nakon
121 E. Liberty Street
Wauconda, IL 60084


Richard Nakon
121 E. Liberty Street
Suite 3
Wauconda, IL 60084


Irina Rostovtseva
1336 Coventry Circle
Vernon Hills, IL 60061


Elina Royhman
1428 Gregory Court
Indian Creek, IL 60061


Elvira Schwartz
3944 Venice Court
Glenview, IL 60025


Sergejs Senko
23566 N. Echo Lake Rd.
Lake Zurich, IL 60047


Aleksandr Shatkin
483 Rustic Dr.
Wheeling, IL 60090

Peter Sherman
908 Dorset Dr.
Northbrook, IL 60062


Michael Shkolink
254 W. Alpine Springs Dr.
Vernon Hills, IL 60061


Marina Shtraym
27 Berkshire Drive
Wheeling, IL 60090


Vladimir Shubinsky
11 Caribou Crossing
Northbrook, IL 60062


Inna Shuval
1725 Grove Street
Glenview, IL 60025


Silver Fern Residential Holdings, LLC
630 Vernon Avenue
Glencoe, IL 60022


Michelangelo Siracki
2203 Martin Lane
Northfield, IL 60093


Margarita Sisoi
8132 N O'Dell Ave
Niles, IL 60714


Dmytro Skoropad
2916 N. Sayre Ave.
Chicago, IL 60634


Ruslan Smal
4209 Western Ave
Western Springs, IL 60558


Iryna Sputanyk
1816 Buckingham Ave.
Westchester, IL 60154

Rolandas Stanaitis
2928 Gypsum Circle
Naperville, IL 60564


Valeri Stanev
1516 Cumberland Ave.
Park Ridge, IL 60068


Volodymyr Stetsko
107 Racine Place
Mundelein, IL 60060


Konstantin Stoyanov
1101 E. Algonquin Rd., Apt. 3
Arlington Heights, IL 60005


Suburu Motors Finance/Chase
PO Box 901076
Fort Worth, TX 76101


T-Mobile Financial
PO Box 629025
El Dorado Hills, CA 95762


T-Mobile USA, Inc. (Bankruptcy)
PO Box 37380
Albuquerque, NM 87176


TIV, LLC
4709 Golf Road
Suite 475
Skokie, IL 60076


Richard Trosper
4925 N. Kimball
Chicago, IL 60625


Gavhar Umarbaeva
1274 W Black Wolf
Round Lake, IL 60073


Rimantas Urbanavicius
1180 Silverwood Court, Unit B2
Wheeling, IL 60090

US Bank
P.O. Box 6352
Fargo, ND 58125-6352


Eugene Vakher
110 Mockingbird Lane
Wheeling, IL 60090


Tatsiana Valynets
1210 S. Washington St.
Wheaton, IL 60189


Natalie Veprinsky
1625 Glenview Road, Unit 207
Glenview, IL 60025


Katarzyna Wasowska
5820 Oakwood Drive, #4H
Lisle, IL 60532


Josephine Wszolek
6621 W. Raven St.
Chicago, IL 60631


Liudmila Zolotarov
4819 Greenleaf
Skokie, IL 60077


Igor Zolotorav
9725 Woods Drive
Unit 1108
Skokie, IL 60077